# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 0:19-cv-61380-BLOOM/VALLE

THERMOLIFE INTERNATIONAL, LLC,

    Plaintiff,

v.

VITAL PHARMACEUTICALS
INCORPORATED,

    Defendant.

## DECLARATION OF DAVID BRAFMAN IN SUPPORT OF THE REPLY
## IN SUPPORT OF MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS

I, David Brafman, hereby make the following Declaration in support of the Counter-Defendants Reply In Support Of Motion To Dismiss Defendant's Counterclaims:

1. I am an attorney with the law firm of Akerman LLP, counsel for the counter-defendants in this action. The matters stated in this Declaration are true to the best of my knowledge.

2. Attached as Exhibit A is a true and correct copy of the March 5, 2019 Decision on Appeal from the United States Patent and Trademark Office's Patent Trial and Appeal Board in Appeal 2019-001597 from reexamination control number 90/013,933.

51252079;2

3. Attached as Exhibit B is a true and correct copy of pages 1-4 of the Supplemental Amendment filed by the patent owner during reexamination control number 90/013,933.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this 30 day of December 2019.

By: */s/ David Brafman*
David Brafman