UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-61380-BLOOM/Valle

THERMOLIFE INTERNATIONAL LLC,

    Plaintiff,

v.

VITAL PHARMACEUTICALS INCORPORATED,

    Defendant.
_____/

## ORDER RE-SCHEDULING MEDIATION

**THIS CAUSE** is before the Court upon the parties' Consent Motion to Reschedule Mediation, ECF No. [149] ("Motion"). Upon review, it is **ORDERED AND ADJUGED** that the Motion, **ECF No. [149]**, is **GRANTED**. The mediation conference in this case shall be held on **June 8, 2021** with Judge Joseph P. Farina. On or before **June 11, 2021**, the parties shall file a mediation report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), the mediation was continued with the consent of the parties, or whether the mediator declared an impasse. The parties may not reschedule the mediation without leave of court.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 3, 2021.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record