UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-61380-BLOOM/Valle

THERMOLIFE INTERNATIONAL LLC,

    Plaintiff,

v.

VITAL PHARMACEUTICALS INCORPORATED,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On May 3, 2021, the Court entered an Order Scheduling Mediation before Joseph P. Farina on June 8, 2021. ECF No. [150] ("Order"). In that Order, the Court required the parties to file a mediation report no later than June 11, 2021. When the parties failed to timely file their mediation report, the Court entered the first Order to Show Cause, ECF No. [155], directing the parties to file their report no later than June 16, 2021. When the parties again failed to comply, the Court entered a Second Order to Show Cause, ECF No. [156], directing the parties to file their mediation report no later than June 21, 2021. The Court also cautioned the parties that the failure to comply or otherwise respond would result in the immediate dismissal of this case without prejudice and without further notice for failure to comply with Court orders. *See* ECF No. [156]. The parties again have failed to acknowledge or respond to the Court's Orders to Show Cause.

Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case.

Case No. 19-cv-61380-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 22, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record